UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEAN ROGER M. BOMBA,                     X

               Plaintiff,              X     08 CV 01466 (RJS)

   -against-                           X     ECF CASE

J&R ELECTRONICS INC.,                    X

                           X

              Defendant
------------------------------------------------------------X

### DEFENDANT'S RULE 7.1(a) DISCLOSURE STATEMENT

Defendant J&R Electronics Inc. (hereinafter "J&R") is owned 50.000% by Joseph Friedman and 50.000% by Rachelle Friedman.

Dated: New York, New York
       May 22, 2008

                                           MOSS & BORIS, P.C.

                                           Counsel for Defendant

                                           _____
                                           Neal D. Haber, Esq. (NH-4118)
                                           708 Third Avenue
                                           6th Floor
                                           New York, New York 10017
                                           (212) 209-3898
                                           nhaber@mossboris.com