UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| JEAN ROGER M. BOMBA, | X | |
| Plaintiff, | X | 08 CV 01466 (RJS) |
| -against- | X | ECF CASE |
| J&R ELECTRONICS INC., | X | AFFIDAVIT OF SERVICE |
| | X | |
| Defendant | | |

-------------------------------------------------------------X

Neal D. Haber, being duly sworn, deposes and says:

1. I am not a party to this action. I am over the age of eighteen (18) years and reside in the County of Westchester, State of New York.

2. On the 22nd day of May, 2008, I served a copy of the annexed Defendant's Answer to Complaint upon Precious C. Aneji, Esq., counsel for plaintiff in the above entitled matter, by first class mail, deposited in a depository of the United States Postal Service, to the address specified at the foot of the Complaint, to wit: Law Office of Precious C. Aneji, 125-21 Merrick Boulevard, Suite 2, Jamaica, New York 11434.

SARA E. PENA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN RICHMOND COUNTY
NO. 01PE6185669
MY COMMISSION EXPIRES 04-21-2012

_____
Neal D. Haber

Sworn to before me this
22nd day of May 2008

_____
Notary Public