USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 7/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jean Roger Bomba, M.,

           Plaintiff,

-v-

J & R Electronics Inc.,

           Defendant.

Case No. 08-CV-01466(RJS)(AJP)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement*-The parties request they be contacted by October 31, 2008 to schedule a conference.
___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   July 7, 2008
            New York, New York

_____
Richard J. Sullivan
United States District Judge